

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2019

No. 04-19-00318-CV

Leticia R. **BENAVIDES,**
Appellants

v.

Cristina B. **ALEXANDER** as permanent guardian of the person of Carlos Y. Benavides, Jr., et al.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ-000161-D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

The reporter's record in this case was originally due on June 13, 2019. On June 14, 2019, this court notified the court reporter by letter that the reporter's record was late and must be filed by no later than July 15, 2019. On July 17, 2019, the court reporter filed a notification of late record requesting an additional sixty (60) days to file the reporter's record. The request is GRANTED. It is therefore ORDERED that the court reporter file the reporter's record by no later than September 16, 2019.

**Given that the court reporter has been given extensions of time to file the reporter's record in this case totaling ninety (90) days, the court reporter is advised that no further requests for extension of time to file the reporter's record will be granted. If the reporter's record is not filed by September 16, 2019, the court reporter is further advised that an order may issue directing her to appear before this court in person and show cause why she should not be held in contempt for failing to file the record.**

The clerk of this court shall cause a copy of this order to be served on the court reporter by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Jose A. Lopez, Judge of the 49th Judicial District Court.



Sandee Bryan Marion, Chief Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2019.

KEITH E. HOTTLE,
Clerk of Court